| Attorney or Party without Attorney:<br>Michael S. Morrison (SBN 205320)<br>ALEXANDER MORRISON + FEHR LLP<br>1900 Avenue of the Stars Suite 900<br>Los Angeles, CA 90067<br>  Telephone No: 310-394-0888<br><br>  Attorney For: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>DeRose, et al | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* UNITED STATES and the STATE OF CALIFORNIA ex rel., NATALIE DE ROSE, et al.<br>*Defendant:* PACIFIC DERMATOLOGY INSTITUTE, INC., et al | | |
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>ED CV 23-01266 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Complaint; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Civil Cover Sheet

3. a. Party served:    PACIFIC DERMATOLOGY INSTITUTE, INC., et al
   b. Person served:   Bradley Mudge, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   101 East Redlands Boulevard, Suite 284, Redlands, CA 92373

5. I served the party:
   a. **by substituted service.**   On: Thu, May 02 2024 at: 11:40 AM by leaving the copies with or in the presence of:
   Monica Campos, Accounts Payable, authorized to accept served under F.R.C.P. Rule 4.

   (1) [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]  **(Declaration of Mailing)** is attached.
   (4) [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Michael S. Morrison (SBN 205320)<br>ALEXANDER MORRISON + FEHR LLP<br>1900 Avenue of the Stars Suite 900<br>Los Angeles, CA 90067<br>   Telephone No: 310-394-0888<br><br>   Attorney For: Plaintiff | Ref. No. or File No.:<br>DeRose, et al | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: UNITED STATES and the STATE OF CALIFORNIA ex rel., NATALIE DE ROSE, et al.<br>Defendant: PACIFIC DERMATOLOGY INSTITUTE, INC., et al | | |
| PROOF OF SERVICE | Hearing Date:    Time:    Dept/Div: | Case Number:<br>ED CV 23-01266 |

6. **Person Who Served Papers:**
   a. Jose Fuerte (PS-001978, Riverside County)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. *The Fee* for Service was: $133.24
   e. I am: A Registered California Process Server

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

05/02/2024
(Date)               (Signature)



| Attorney or Party without Attorney:<br>Michael S. Morrison (SBN 205320)<br>ALEXANDER MORRISON + FEHR LLP<br>1900 Avenue of the Stars Suite 900<br>Los Angeles, CA 90067 | | For Court Use Only |
|---|---|---|
| Telephone No: 310-394-0888 | | |
| Attorney For: Plaintiff | Ref. No. or File No.:<br>DeRose, et al | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: UNITED STATES and the STATE OF CALIFORNIA ex rel., NATALIE DE ROSE, et al.<br>Defendant: PACIFIC DERMATOLOGY INSTITUTE, INC., et al | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>ED CV 23-01266 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Complaint; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Civil Cover Sheet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, May 2, 2024
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: PACIFIC DERMATOLOGY INSTITUTE, INC., et al
   101 East Redlands Boulevard, Suite 284,  Redlands, CA 92373

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, May 2, 2024 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:  $133.24
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

05/02/2024
(Date)                                                                 (Signature)